IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>NFL ENTERPRISES, LLC, *et al.*,<br><br>      Defendants.<br>_____/ | No. C 17-00496 WHA<br><br>**ORDER RE PLAINTIFF'S INITIALS IN PLEADINGS** |

On February 22, an order denied plaintiff's motion to proceed in this matter under a pseudonym but permitted her to "use only her true first and last initials in pleadings for the time being" (Dkt. No. 12). On February 27, plaintiff filed a "Notice of Pendency of Other Action or Proceeding" under the pseudonym "Jane Doe" (Dkt. No. 13). Plaintiff shall please **RE-FILE** the aforementioned notice using her true first and last initials by **MARCH 8 AT NOON**, and use said initials in court filings going forward. Upon receipt of the corrected notice, the Clerk shall please **UPDATE PLAINTIFF'S NAME IN THE DOCKET** accordingly.

**IT IS SO ORDERED.**

Dated: March 6, 2017.

                                                WILLIAM ALSUP<br>                                              UNITED STATES DISTRICT JUDGE