IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSEY K., individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>NFL ENTERPRISES, LLC, dba National Football League, et al.,<br><br>  Defendants. | No. C 17-00496 WHA<br><br>**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |

Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners.  The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motion to dismiss.

Dated: May 9, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE