

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

July 26, 2017

| | |
|---|---|
| No.: | 17-16508 |
| D.C. No.: | 3:17-cv-00496-WHA |
| Short Title: | Kelsey K. v. NFL Enterprises, LLC, et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 26 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KELSEY K., individually and on behalf of all others similarly situated,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>NFL ENTERPRISES, LLC; FORTY NINERS FOOTBALL COMPANY LLC; THE OAKLAND RAIDERS LIMITED PARTNERSHIP; CHARGERS FOOTBALL COMPANY LLC; THE LOS ANGELES RAMS LLC; THE ARIZONA CARDINALS FOOTBALL CLUB LLC; ATLANTA FALCONS FOOTBALL CLUB LLC; BALTIMORE RAVENS, INC.; BUFFALO BILLS, LLC; PANTHERS FOOTBALL, LLC; CINCINNATI BENGALS, INC.; THE DALLAS COWBOYS FOOTBALL CLUB LTD.; PDB SPORTS LTD., DBA Denver Broncos; THE DETROIT LIONS, INC.; HOUSTON TEXANS, INC.; INDIANAPOLIS COLTS, INC.; JACKSONVILLE JAGUARS LLC; KANSAS CITY CHIEFS FOOTBALL CLUB, INC.; MIAMI DOLPHINS LTD; MINNESOTA VIKINGS FOOTBALL LLC; NEW ENGLAND PATRIOTS LLC; NEW ORLEANS LOUISIANA SANTS LIMITED | No. 17-16508<br><br>D.C. No. 3:17-cv-00496-WHA<br>U.S. District Court for Northern California, San Francisco<br><br>**TIME SCHEDULE ORDER** |

PARTNERSHIP; NEW YORK JETS, LLC; PHILADELPHIA EAGLES LLC; SEATTLE SEAHAWKS INC.; BUCCANEERS LIMITED PARTNERSHIP DBA TAMPA BAY BUCCANEERS; TENNESSEE FOOTBALL, INC.; PRO-FOOTBALL, INC., DBA Washington Redskins,

            Defendants - Appellees.

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Wed., August 2, 2017** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Thu., August 24, 2017** | Transcript shall be ordered. |
| **Mon., September 25, 2017** | Transcript shall be filed by court reporter. |
| **Thu., November 2, 2017** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Mon., December 4, 2017** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Ruben Talavera
Deputy Clerk
Ninth Circuit Rule 27-7